UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANET HOYT,

        Plaintiff,

vs.

CASE NO.:16-cv-81869-MARRA

WALLACE FORD, LLC, d/b/a
AUTONATION FORD DELRAY,

        Defendant(s).
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, JANET HOYT ("Plaintiff") and Defendant, WALLACE FORD, LLC, d/b/a AUTONATION FORD DELRAY ("Defendant"), by and through their respective undersigned counsels, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that this case be dismissed <u>with prejudice</u>, with each party to bear its/her own fees and costs. Plaintiff and Defendant request that this Court enter an Order of Dismissal with Prejudice.

Dated this 25th day of April, 2017.

| **WEISS LAW GROUP, P.A.** | **CONROY SIMBERG** |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 5531 N. University Drive | 1801 Centrepark Drive East, |
| Suite 103 | Suite 200 |
| Coral Springs, FL 33067 | West Palm Beach, FL 33401 |
| Tel: (954) 573-2800 | Telephone: (561) 697-8088 |
| Fax: (954) 573-2798 | Facsimile: (561) 697-8664 |
| | |
| BY:___/s/ Jason S. Weiss___ | By:_____/s/ Jeffrey A. Blaker___ |
| Jason S. Weiss | Jeffrey A. Blaker |
| Jason@jswlawyer.com | eservicewpb@conroysimberg.com |
| Florida Bar No. 356890 | jblaker@conroysimberg.com |
| | kmelby@conroysimberg.com |
| | Florida Bar No. 443913 |