UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-81869-KAM

JANET HOYT,

    Plaintiff,

v.

WALLACE FORD, LLC, d/b/a
AUTONATION FORD DELRAY,

    Defendant(s).
_____/

### ORDER

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (DE 11). Parties stipulate to Dismissal with Prejudice of this action, with each party to bear its own attorney's fees and costs.

This type of dismissal is self-executing and the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). It is hereby **ORDERED AND ADJUDGED** that any pending motions are **DENIED AS MOOT** and that the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 25th day of April, 2017.

                                          KENNETH A. MARRA
                                          United States District Judge